IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY SHANNON, ET AL. | : |
| | : CIVIL ACTION NO. |
| VS. | : |
| | : 21-CV-03875 |
| TRANS UNION, LLC., ET AL. | : |

**ORDER**

**AND NOW,** this **18ᵀᴴ** day of **January, 2022,** it is hereby **ORDERED** that all claims are **DISMISSED** with prejudice, pursuant to an agreement of counsel without costs against Defendant, **Equifax Information Services, LLC.** pursuant to Fed.R.Civ.P.41(b).

**AND IT IS SO ORDERED.**

BY THE COURT:

*/s/ Eduardo C. Robreno*
EDUARDO C. ROBRENO,   J.