COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880

VULLINGS LAW GROUP, LLC
Brent F. Vullings, Esq.
Admitted Pro Hac Vice
3953 Ridge Pike, Suite 102
Collegeville, PA 19426
(610) 489-6060
bvullings@vullingslaw.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY SHANNON and KELLY A. SHANNON,<br><br>Plaintiffs,<br><br>vs.<br><br>TRANS UNION, LLC, et al.,<br><br>Defendants. | Case Number:<br>2:22-cv-00116-CDS-VCF<br><br><br>**STIPULATION OF DISMISSAL OF DEFENDANT HILTON RESORTS CORPORATION WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiffs, Jeffrey Shannon and Kelly A.

Shannon ("Plaintiffs") and Defendant, Hilton Resorts Corporation ("Defendant"), by and through

their respective attorneys of record, that all Plaintiffs' claims asserted against Defendant in the

above-captioned matter shall be and hereby are dismissed with prejudice and each party shall bear its own attorney fees and costs.

Dated this 26th day of September, 2022.

COGBURN LAW

By: */s/Erik W. Fox*
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Erik W. Fox, Esq.
Nevada Bar No. 8804
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074

VULLINGS LAW GROUP, LLC
Brent F. Vullings, Esq.
Admitted Pro Hac Vice
3953 Ridge Pike, Suite 102
Collegeville, PA 19426
*Attorneys for Plaintiffs*

Dated this 26th day of September, 2022.

BALLARD SPAHR LLP

By: */s/Andrew S. Clark*
Andrew S. Clark, Esq.
Nevada Bar No. 14854
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
*Attorney for Defendant Hilton Resorts
Corporation*

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

September 27, 2022
DATE