# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jeffrey Shannon, et al., | Case No. 2:22-cv-00116-CDS-NJK |
| Plaintiffs | **Order Dismissing Action for Want of Prosecution** |
| v. | |
| Trans Union, LLC, et al., | |
| Defendants | |

On January 17, 2024, this court notified plaintiffs Jeffrey and Kelly Shannon that it would dismiss this case for want of prosecution if no action was taken by February 16, 2024. ECF No. 86. This district's local rules state that "[a]ll civil actions that have been pending in this court for more than 270 days without any proceeding of record having been taken may, after notice, be dismissed for want of prosecution by the court sua sponte . . . ." Local Rule 41-1. The last party-involved activity in this case was a stipulation of dismissal of defendant Hilton Resorts Corporation—which was well over 270 days ago. *See* ECF No. 83 (entered on September 26, 2022).

As no party has taken action despite notice of this court's intent to dismiss under LR 41-1, IT IS ORDERED that this action is DISMISSED without prejudice for want of prosecution. The Clerk of Court is kindly instructed to close this case.

Dated: March 4, 2024

_____
Cristina D. Silva
United States District Judge